AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LAWRENCE MACKEN,

                Plaintiff,

                v.

SPOKANE COUNTY, OZZIE D. KNEZOVICH, JAN SEDOR, LYNETTE BROWN, DONNA (MAIL ROOM EMPLOYEE), JANE/JOHN DOE #1 AND #2, and JOANNE LAKE,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-369-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Complaint, ECF No. 1, is DISMISSED without prejudice.

February 29, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia